[Civ. No. 4130.   Second Appellate District, Division One.—November 24, 1923.]

JOHN BEARDSLEY, Respondent, v. F. O. JOHNSON et al., Appellants.

CHARLES EDWARD BEARDSLEY, Respondent, v. F. O. JOHNSON et al., Appellants.

[1] APPEAL — ABSENCE OF POINTS AND AUTHORITIES — FRIVOLOUS APPEAL—DISMISSAL—DAMAGES.—No appearance having been made on the part of appellants and no points and authorities having been filed in their behalf, the appeal was dismissed; and it further appearing that there was no merit in the appeal and that same was frivolous, the court ordered that respondents recover of appellants as damages the sum of one hundred dollars.

APPEAL from a judgment of the Superior Court of Los Angeles County. Russ Avery, Judge. Appeal dismissed.

The facts are stated in the opinion of the court.

Haas & Dunnigan and F. W. Nightingill for Appellants.

John Beardsley, *in pro. per.,* for Respondents.

CURTIS, J.—[1]   There being no appearance on the part of appellants and no points and authorities being filed in their behalf, the appeal is dismissed.

It further appearing to this court, after examination of the record herein, that there is no merit in this appeal and that the same is frivolous, it is hereby ordered that respondents recover of appellants as damages the sum of one hundred dollars.

Conrey, P. J., and Houser, J., concurred.